IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JILL ALBAN, *et al.*, *on behalf of themselves and all others similarly situated*,
    Plaintiffs,

v.                                Civil No. 3:20cv342 (DJN)

KAWASAKI KISEN KAISHA, LTD., *et al.*,
    Defendants.

**DISMISSAL ORDER**

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal (ECF No. 48). Defendants have not filed either an answer to the Complaint or a motion for summary judgment. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby DISMISSES WITHOUT PREJUDICE all claims by Plaintiffs against Defendants, with each party to bear its own fees and costs.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                  /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Date: January 8, 2021